EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2007 TSPR 144 |
| Jorge Gordon Menéndez | 171 DPR _____ |

Número del Caso: TS-10861

Fecha: 31 de julio de 2007

Abogado de la Parte Peticionaria:

Lcdo. Raúl Santiago Meléndez

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Jorge Gordon Menéndez                    TS-10861

SALA DE VERANO INTEGRADA POR EL JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ, COMO SU PRESIDENTE, Y LAS JUEZAS ASOCIADAS SEÑORA FIOL MATTA Y SEÑORA RODRÍGUEZ RODRÍGUEZ

RESOLUCIÓN

San Juan, Puerto Rico, a 31 de julio de 2007

Atendida la moción sobre reinstalación al ejercicio de la profesión radicada por el peticionario, se ordena su reinstalación efectivo el lunes, 6 de agosto de 2007.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                                   Aida Ileana Oquendo Graulau
                                   Secretaria del Tribunal Supremo